BENJAMIN B. WAGNER
United States Attorney

ADAM R. SMART
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 307-6422
Facsimile:     (202) 307-0054
E-mail:        adam.r.smart@usdoj.gov

Attorneys for the United States of America

Law Offices of
MATHENY SEARS LINKERT & JAIME LLP
MICHAEL A. BISHOP, SBN 105063
AMANDA R. GIMBEL, SBN 257988
3638 American River Drive
Sacramento, CA 95864
Telephone:     (916) 978-3434
Facsimile:     (916) 978-3430

Attorneys for U.S. Bank National Association

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | Civil No. 2:10-cv-1964-KJM-GGH<br><br>STIPULATION TO EXTEND DATES FOR DISCLOSURE OF EXPERT WITNESSES AND ORDER |
|---|---|

Pursuant to Federal Rule of Civil Procedure 83 and Local Rule 143 the parties hereby stipulate and agree to an extension of the deadlines for disclosure of expert witnesses under the current discovery plan. Presently the parties are due to disclose expert witnesses as provided by Rule 26(a)(2) and produce their reports on April 29, 2011. In turn the parties are due to disclose any rebuttal witnesses and produce their reports on May 30, 2011. The parties have stipulated to an extension of these dates to May 30, 2011 for the disclosure of expert witnesses as provided by Rule 26(a)(2) and production of their reports with a corresponding extension of the deadline to disclose rebuttal experts and to produce any rebuttal reports to

1  June 30, 2011. The parties do not believe that the current deadline for the close of discovery, September
2  30, 2011 will need to be moved as a result of these extensions. Thus the parties are only requesting that
3  the Court amend the scheduling Order to change the expert disclosure dates.

4  The reason for this extension is that counsel for the United States was out of work for almost the
5  entire month of March due to a death in the family. Moreover, the uncertainty presented by the potential
6  shutdown of the Federal Government presently looming could further limit counsel for the United States'
7  ability to sufficiently meet the currently scheduled deadlines.

8  WHEREFORE, the parties request that, consistent with this stipulation, the Court extend the expert
9  disclosure deadlines currently set for April 29, 2011 to May 30, 2011 and the rebuttal expert disclosure
10 deadlines currently set for May 30, 2011 to June 30, 2011.

11 Dated this 7th day of April 2011

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Adam R. Smart
ADAM R. SMART
Trial Attorney, Tax Division
United States Department of Justice
PO Box 683
Washington DC 20044
Telephone (202) 307-6422
Facsimile: (202) 307-0054

Attorneys for the United States of America

/s/ Amanda R. Gimbel
MICHAEL A. BISHOP, ESQ.
AMANDA R. GIMBEL, ESQ.
MATHENEY SEARS LINKERT & JAIME, LLP
3638 American River Drive
Sacramento, CA 95864
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendant, U.S. Bank National
Association

Stipulation and Order                    - 2 -                    Civil No. 2:10-cv-1964-KJM-GGH

1
2   IT IS SO ORDERED.
3   Date: April 8, 2011.
4   _____
5   UNITED STATES DISTRICT JUDGE