NOSSAMAN LLP
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile: 916.442.0382

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>            Defendant. | Case No:     2:10-cv-01964-KJM-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AND TO CONTINUE OTHER DEADLINES** |

Pursuant to Rule 83 of the Federal Rule of Civil Procedure and Local Rule 143, Plaintiff, United States of America ("Plaintiff") and Defendant, U.S. Bank National Association ("U.S. Bank") (collectively, the "Parties") enter into this Stipulation and agree as follows:

1. U.S. Bank recently retained the law firm of Nossaman LLP as new counsel in this case. U.S. Bank's new counsel requires additional to time to meet the deadlines set forth in this Stipulation. U.S. Bank's new counsel has begun exploring a potential resolution of this case with Plaintiff. Therefore, the Parties require additional time to meet the deadlines set forth below.

2. The hearing on Plaintiff's Motion for Judgment on the Pleadings (the "Motion") in Courtroom 3 of this Court should be continued from June 8, 2011 at 10:00 a.m. (PST) to **June 22, 2011 at 10:00 a.m.** (PST). U.S. Bank shall file an opposition to the Motion on or before **June 8, 2011**. Plaintiff shall file a reply to U.S. Bank's opposition on or before **June 15, 2011**.

3. Presently the Parties are required to disclose their expert witnesses and produce their expert witness reports as provided by Rule 26(a)(2) on May 30, 2011. In turn, the Parties are due to disclose any rebuttal witnesses and produce their reports on June 30, 2011. The Parties agree to extend these deadline such that the Parties shall disclose their expert witnesses, and produce their reports, as provided by Rule 26(a)(2) on or before **July 14, 2011**. The Parties shall disclose any rebuttal experts and to produce any rebuttal reports on or before **August 15, 2011**.

4. Plaintiff propounded Interrogatories (Set Two) and Request for Production of Documents (Set Two) to U.S. Bank. Presently the deadline for U.S. Bank to respond to these discovery requests is May 31, 2011. The Parties agree to extend this deadline to and including **July 15, 2011** for U.S. Bank to respond to Plaintiff's Interrogatories (Set Two) and Request for Production of Documents (Set Two).

///
///
///
///

**WHEREFORE,** the Parties request that, consistent with this Stipulation, this Court extend the above deadlines, including continuation of the hearing on the Motion.

**Stipulated and Agreed to:**

Dated this 23rd day of May, 2011

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Adam R. Smart
ADAM R. SMART
Trial Attorney, Tax Division
United States Department of Justice
PO Box 683
Washington DC  20044
Telephone:  (202) 307-6422
Facsimile:   (202) 307-0054

Attorneys for Plaintiff
THE UNITED STATES OF AMERICA

NOSSAMAN LLP

By:  /s/ Robert S. McWhorter
ROBERT S. MCWHORTER
NOSSAMAN LLP
915 L Street, Suite 1000
Sacramento, CA  95814
Telephone: (916) 442-8888
Facsimile:  (916) 442-0382

Attorneys for Defendant,
U.S. BANK NATIONAL ASSOCIATION

## ORDER

**IT IS SO ORDERED.  All other dates remain as previously set.**

DATED:  May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE