NOSSAMAN LLP
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone: 916.442.8888
Facsimile: 916.442.0382

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>　　　　Defendant. | Case No:　　2:10-cv-01964-KJM-GGH<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

　　　　Pursuant to Rule 83 of the Federal Rule of Civil Procedure and Local Rule 143, Plaintiff, United States of America ("Plaintiff") and Defendant, U.S. Bank National Association ("U.S. Bank") (collectively, the "Parties") enter into this Stipulation and agree as follows:

　　　　1.　　Plaintiff and U.S. Bank are exploring a potential resolution of this case. To avoid having U.S. Bank unnecessarily incur attorneys' fees and costs preparing an opposition to Plaintiff's Motion for Judgment on the Pleadings and to allow the Parties an opportunity to focus on settlement, the Parties agreed to extend the deadline for U.S. Bank to file an opposition to Plaintiff's Motion for

///

///

1  Judgment on the Pleadings by an additional two days, **from June 8, 2011** to **June 10, 2011**.  Plaintiff

2  shall still file a reply to U.S. Bank's opposition on or before **June 15, 2011**.

3      **WHEREFORE,** the Parties request that this Court enter an Order consistent with this

4  Stipulation.

6  **Stipulated and Agreed to:**

7  Dated: June 8, 2011      BENJAMIN B. WAGNER
                                       United States Attorney

                                        By:      */s/ Adam R. Smart*
                                              ADAM R. SMART
                                              Trial Attorney, Tax Division
                                              United States Department of Justice
                                              PO Box 683
                                              Washington DC  20044
                                              Telephone:  (202) 307-6422
                                              Facsimile:   (202) 307-0054

                                              Attorneys for Plaintiff
                                              THE UNITED STATES OF AMERICA

Dated: June 8, 2011      NOSSAMAN LLP

                                         By:      */s/ Robert S. McWhorter*
                                              ROBERT S. MCWHORTER
                                              NOSSAMAN LLP
                                              915 L Street, Suite 1000
                                              Sacramento, CA  95814
                                              Telephone:  (916) 442-8888
                                              Facsimile:   (916) 442-0382

                                              Attorneys for Defendant,
                                              U.S. BANK NATIONAL ASSOCIATION

                                                  **ORDER**

    **IT IS SO ORDERED.**

Dated:  June 10, 2011.

                                                    UNITED STATES DISTRICT JUDGE

122032_1.DOC      -2-     
SECOND STIPULATION AND ORDER TO EXTEND DATE FOR U.S. BANK'S      2:10-cv-01964-KJM-GGH
OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS