BENJAMIN B. WAGNER
United States Attorney

ADAM R. SMART
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:    (202) 307-6422
Facsimile:     (202) 307-0054
E-mail:          adam.r.smart@usdoj.gov

Attorneys for the United States of America

Robert S. McWhorter
NOSSAMAN LLP
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
E-mail: rmcwhorter@nossaman.com

Attorneys for U.S. Bank National Association

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | Civil No. 2:10-cv-1964-KJM-GGH<br><br>JOINT REQUEST TO EXTEND DATES FOR FILING OF DISPOSITION DOCUMENTS AND PROPOSED ORDER |

Pursuant to Local Rule 16(b) the parties hereby jointly request an extension of the deadline to file disposition documents in the above captioned action for ten (10) days. The current deadline to file the necessary disposition documents is July 1, 2011. Thus, the parties jointly request a new deadline of July 11, 2011. The purpose of this request is to allow the parties an additional one week to fully effectuate the terms of the settlement agreement prior to filing disposition documents with the Court. The parties believe that this short extension will provide the necessary time to do so.

1 WHEREFORE, the parties request that, consistent with this joint request, the Court extend the
2 deadline to file disposition papers with the Court currently set for July 1, 2011 to July 11, 2011.
3 Dated this 1st day of July 2011

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

 /s/ Adam R. Smart
ADAM R. SMART
Trial Attorney, Tax Division
United States Department of Justice
PO Box 683
Washington DC 20044
Telephone (202) 307-6422
Facsimile: (202) 307-0054

Attorneys for the United States of America


 /s/ Robert S. McWhorter
Robert S. McWhorter
NOSSAMAN LLP
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382

Attorneys for Defendant, U.S. Bank National Association

IT IS SO ORDERED

Date:  July 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of July, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Robert S. McWhorter
>NOSSAMAN LLP
>915 L Street, Suite 1000
>Sacramento, CA 95814

/s/ Adam R. Smart
ADAM R. SMART
Trial Attorney, Tax Division
