IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:10-cv-1964-KJM-GGH |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE WITH PREJUDICE |
| U.S. BANK NATIONAL ASSOCIATION, | |
| Defendants. | |

   Upon stipulation of the parties and a report that the parties have compromised all issues raised, and good cause appearing,

   IT IS ORDERED THAT this case is dismissed with prejudice.

   IT IS FURTHER ORDERED THAT each party will bear its own costs, including attorney's fees.

   IT IS SO ORDERED.

   DATED: July 12, 2011.

_____
UNITED STATES DISTRICT JUDGE